| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard G. Heston 90738<br>19700 Fairchild Road<br>Suite 280<br>Irvine, CA 92612<br>rheston@hestonlaw.com<br>949-222-1041 Fax: 949-222-1043<br>90738 CA<br>rheston@hestonlaw.com<br><br>☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

Zaal John Haddadin

CASE NO.: 6:25-bk-12517-RB

CHAPTER: 7

Debtor(s).

SUMMARY OF AMENDED SCHEDULES,
MASTER MAILING LIST,
AND/OR STATEMENTS
[LBR 1007-1(c)]

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C       ☑ Schedule D      ☐ Schedule E/F      ☐ Schedule G
☐ Schedule H        ☐ Schedule I        ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Number(s)         ☐ Statement of intentions   ☐ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 5-16-25

_____
Zaal John Haddadin
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

NOTE:   It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                   Page 1                              F 1007-1.1.AMENDED.SUMMARY

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Zaal John Haddadin | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | 6:25-bk-12517-RB | |

■ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 | **American Express National Bank**<br>Creditor's Name<br><br>Correspondence/Bankruptcy<br>Po Box 981535<br>El Paso, TX 79998<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br><br>15402 Ficus St Chino Hills, CA 91709  Los Angeles County<br>Current Zillow valuation: $966,300<br>Current Redfin valuation: $869,396<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,381.75 | $905,000.00 | $19,381.75 |

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    2018-2020          Last 4 digits of account number    7913

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 4

Debtor 1  Zaal John Haddadin
        First Name    Middle Name    Last Name

Case number (if known)  6:25-bk-12517-RB

---

**2.2  Department of Housing & Urban Dev.**
Creditor's Name

451 Seventh Street SW
Washington, DC 20410
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    $47,656.00    $905,000.00    $47,656.00

15402 Ficus St Chino Hills, CA 91709  Los Angeles County
Current Zillow valuation: $966,300
Current Redfin valuation: $869,396

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Third Trust Deed

Date debt was incurred  4/26/21       Last 4 digits of account number

---

**2.3  Los Angeles Federal Credit Union**
Creditor's Name

c/o Anaya Law Group
2629 Townsgare Rd., #140
Westlake Village, CA 91361
Number, Street, City, State & Zip Code

Describe the property that secures the claim:    $42,524.14    $905,000.00    $42,524.14

15402 Ficus St Chino Hills, CA 91709  Los Angeles County
Current Zillow valuation: $966,300
Current Redfin valuation: $869,396

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____       Last 4 digits of account number

Debtor 1  Zaal John Haddadin  
    First Name    Middle Name    Last Name

Case number (if known)   6:25-bk-12517-RB

| 2.4 | **Tesoro Refining & Marketing** | Describe the property that secures the claim: | $1,445,825.30 | $905,000.00 | $985,977.30 |
|---|---|---|---|---|---|

Creditor's Name

c/o Miller, Nash, Graham & Dunn LLP  
340 Golden Shore, Suite 450  
Long Beach, CA 90802  
Number, Street, City, State & Zip Code

15402 Ficus St Chino Hills, CA 91709  Los Angeles County  
Current Zillow valuation: $966,300  
Current Redfin valuation: $869,396

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Who owes the debt?** Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
■ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

Date debt was incurred  10/30/20    Last 4 digits of account number _____

| 2.5 | **Wells Fargo Home Mortgage** | Describe the property that secures the claim: | $277,470.00 | $905,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Attn: Bankruptcy Dept  
Po Box 10335  
Des Moines, IA 50306  
Number, Street, City, State & Zip Code

15402 Ficus St Chino Hills, CA 91709  Los Angeles County  
Current Zillow valuation: $966,300  
Current Redfin valuation: $869,396

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Who owes the debt?** Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
■ Other (including a right to offset)  First Trust Deed

Date debt was incurred  2/2013    Last 4 digits of account number  8694

Debtor 1  **Zaal John Haddadin**
         First Name   Middle Name   Last Name

Case number (if known)   **6:25-bk-12517-RB**

| 2.6 | Wells Fargo Mortgage | Describe the property that secures the claim: | $167,682.00 | $905,000.00 | $0.00 |

Creditor's Name

Att: Written Correspondance Dept
Po Box 10335
Des Moines, IA 50306

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

15402 Ficus St Chino Hills, CA
91709  Los Angeles County
Current Zillow valuation: $966,300
Current Redfin valuation: $869,396

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Home Equity Line of Credit (HELOC)

Date debt was incurred  **6/2018**     Last 4 digits of account number  **1998**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$2,000,539.19**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$2,000,539.19**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED SCHEDULE D** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/19/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Karen L Belair**    kbelair@zwickerpc.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Robert Whitmore (TR)**    rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/19/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Los Angeles Federal Credit Union
c/o Anaya Law Group
2629 Townsgare Rd., #140
Westlake Village, CA 91361

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/19/2025 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**