| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Richard G. Heston 90738**<br>**19700 Fairchild Road**<br>**Suite 280**<br>**Irvine, CA 92612**<br>**949-222-1041 Fax: 949-222-1043**<br>State Bar Number:**90738 CA**<br>**rheston@hestonlaw.com** | |

☐ *Debtor appearing without an attorney*
☑ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Zaal John Haddadin** | CASE NUMBER: **6:25-bk-12517-RB** |
|---|---|
| | CHAPTER ___**7**___ |
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| Debtor(s). | [No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:** LOS ANGELES FEDERAL CREDIT UNION

## TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (i.e., without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

3. **Type of Case:**
   a. ☑ A voluntary petition under Chapter  ☑ 7  ☐ 11  ☐ 12  ☐ 13 was filed on: __4/21/2025__
   b. ☐ An involuntary petition under Chapter  ☐ 7  ☐ 11 was filed on: _____
      ☐ An order of relief under Chapter  ☐ 7  ☐ 11 was entered on: _____
   c. ☐ An order of conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on: _____
   d. ☐ Other:

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4. **Procedural Status:**
   a. ☑ Name of trustee appointed *(if any)*: _____Lynda T. Bui_____
   b. ☐ Name of Attorney of Record for Trustee *(if any)*: _____

5. Debtor claims an exemption in the subject real property under:
   a. ☑ California Code of Civil Procedure § _704.730_ (Homestead): Exemption amount claimed on schedules:
      $ 485,000
   b. ☐ California Code of Civil Procedure § __ Exemption amount claimed on schedules: $__
   c. ☐ Other statute *(specify)*: _____

6. Debtor's entitlement to an exemption is impaired by judicial lien, the details of of the lien are as follows:
   a. Date of entry of judgment *(specify)*:    January 6, 2021
   b. Case name *(specify)*:    Los Angeles Federal Credit Union v. Zaal John Haddadin
   c. Name of court: __San Bernardino County Superior Court_____
   d. Docket number *(specify)*    CIVSB2024680
   e. Date *(specify)*:    February 1, 2022    and place *(specify)*    San Bernardino County Recorder
      of recordation of lien
   f. Recorder's instrument number *(specify)*:    2022-0042106

7. The property claimed to be exempt is as follows:
   a. Street address, city, county and state, where located, *(specify)*:    15402 Ficus Street, Chino Hills, CA 91709

   b. Legal description *(specify)*: _____
      _____    ☑ See attached page

8. Debtor acquired the property claimed exempt on the following date *(specify)*: _7/1/2003_

9. Debtor alleges that the fair market value of the property claimed exempt is: $ 950,000.00

10. The subject property is encumbered with the following liens *(list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion)*:

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Freedom Mortgage | ☐ | 3/6/2013 | $ 391,737.00 | $ 271,607.96 | 7/18/2025 |
| Wells Fargo Home Equity | ☐ | 7/6/2018 | $ 164,868.43 | $ 164,590.42 | 7/7/2025 |
| Secretary of Housing and Urban Development | ☐ | 10/22/2021 | $ 47,656.27 | $ 47,656.00 | 4/21/2025 |
| Los Angeles Federal Credit Union | ☑ | 2/1/2022 | $ 32,738.48 | $ 42,524.14 | 4/21/2025 |
| Tesoro Refining & Marketing Company, LLC | | 12/4/2020 | $ 1,445,825.30 | $ 1,445,825.30 | 4/21/2025 |
| American Express National Bank | | 12/8/2025 | $ 15,269.47 | $ 19,381.75 | 4/21/2025 |

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a. ☑ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor
    b. ☑ Appraisal of the property
    c. ☑ Documents showing current balance due as to the liens specified in paragraph 11 above
    d. ☑ Recorded Abstract of Judgment
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☐ Declaration(s)
    g. ☑ Other *(specify)*: _____Legal Description_____

12. Total number of attached pages of supporting documentation: ___57___

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                Page 2                                **F 4003-2.1.AVOID.LIEN.RP.MOTION**

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the Attachment to this motion.

Executed on (date): _____7/31/2025_____

_____
Signature of Debtor

__Zaal John Haddadin_____
Printed name of Debtor

Date: _____7/30/25_____

_____
Signature of Attorney for Debtor

__Richard G. Heston 90738_____
Printed name of Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 3                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

## ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** __LOS ANGELES FEDERAL CREDIT UNION__ .

2. **Subject Lien:** Date and place of recordation of lien (*specify*): __2/1/2022__ .  Recorders instrument number or document recording number: __2022-0042106__

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording: __15402 Ficus Street, Chino Hills, CA 91709__ . ☑ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral:................................................................................. $ __950,000.00__
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: .............................................................. ($ __271,607.96__ )
      (2) Second lien: .......................................................... ($ __164,590.42__ )
      (3) Third lien: ............................................................. ($ __47,656.00__ )
      (4) Fourth lien: ........................................................... ($ __42,524.14__ )
      (5) Fifth lien: .............................................................. ($__1,445,825.30__)
      (6) Sixth lien: ............................................................. ($__19,381.75__)
   c. Amount of Debtor's exemption(s): ......................................... ($ __485,000.00__)
   d. Subtotal: ...................................................................................... ($ __1,991,858.50__)
   e. Secured Claim Amount (negative results should be listed as -$0-): .............. $ __0__

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows.  The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b).  The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations).  The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 4                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# EXHIBIT "A"

# SCHEDULE C

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Zaal John Haddadin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number 6:25-bk-12517-RB
(if known)

☒ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **15402 Ficus St Chino Hills, CA 91709 San Bernardino County** Value as of 4/21/2025 based on appraisal of Paual Marchi of PM Realty Advisors Line from *Schedule A/B*: **1.1** | $950,000.00 | ☒ $485,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Household Goods** Location: 15402 Ficus St, Chino Hills CA 91709 Line from *Schedule A/B*: **6.1** | $200.00 | ☒ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Electronics** Location: 15402 Ficus St, Chino Hills CA 91709 Line from *Schedule A/B*: **7.1** | $200.00 | ☒ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Clothing** Location: 15402 Ficus St, Chino Hills CA 91709 Line from *Schedule A/B*: **11.1** | $250.00 | ☒ $250.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Checking & Savings: Checking & Savings Accounts with First Bank** Line from *Schedule A/B*: **17.1** | $1,000.00 | ☒ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   Zaal John Haddadin _____       Case number (if known)   6:25-bk-12517-RB

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Savings: Savings Account with First Bank  Line from *Schedule A/B*: **17.2** | $200.00 | ☒ $200.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |

3.  **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐  No
   ☒  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☒  No
      ☐  Yes

# EXHIBIT "B"

# APPRAISAL




**PM | REALTY ADVISORS**

## APPRAISAL OF REAL PROPERTY



**LOCATED AT**

15402 Ficus St
Chino Hills, CA 91709
TRACT 13313-2 LOT 16

**FOR**

Heston & Heston, Attorneys at Law
19700 Fairchild Rd STE 200
Irvine, CA 92612

**OPINION OF VALUE**

950,000

**AS OF**

04/21/2025

**BY**

Paul Marchi
PM Realty Advisors
668 N Coast Hwy STE 1201
Laguna Beach, CA 92651
(714) 429-0023
paulmarchi@sbcglobal.net
www.paulmarchiappraisal.com



PM Realty Advisors
668 N Coast Hwy STE 1201
Laguna Beach, CA 92651
(714) 429-0023
www.paulmarchiappraisal.com

07/18/2025

Richard Heston
Heston & Heston, Attorneys at Law
19700 Fairchild Rd STE 200
Irvine, CA 92612

Re: Property:    15402 Ficus St
                 Chino Hills, CA 91709

   Borrower:
   File No.:     25-15402

Opinion of Value: $  950,000
Effective Date:   04/21/2025

In accordance with your request, we have appraised the above referenced property. The report of that retrospective appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Since esign.alamode.com/verify    Serial:24C4A08F

Paul Marchi
CGA
License or Certification #: AG009572
State: CA    Expires: 07/24/2026
paulmarchi@sbcglobal.net

Paul Marchi

# Uniform Residential Appraisal Report

BK 04/21/2025
File # 25-15402

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 15402 Ficus St | City Chino Hills   State CA   Zip Code 91709 |
| Borrower   Owner of Public Record Haddadin Zaal John | County San Bernardino |
| Legal Description TRACT 13313-2 LOT 16 | |
| Assessor's Parcel # 1031-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 | Tax Year 2024   R.E. Taxes $ 8,254 |
| Neighborhood Name Chino Hills | Map Reference 40140   Census Tract 0001.08 |
| Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ In tax amount | ☐ PUD   HOA $ 0   ☐ per year   ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Asset Evaluation for Bankruptcy; April 21, 2025 | |
| Lender/Client Heston & Heston, Attorneys at Law   Address 19700 Fairchild Rd STE 200, Irvine, CA 92612 | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s).   MLS/Public Records

**CONTRACT**

☐ I   ☐ did   ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE   AGE | | One-Unit 90 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000)   (yrs) | | 2-4 Unit 0 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 700 Low 26 | | Multi-Family 5 % |
| Neighborhood Boundaries   The subject's neighborhood is bounded by Chino Hills Pkwy north, Woodview | | | | | 1,273 High 60 | | Commercial 5 % |
| Dr south, Pipeline Ave east, Carbon Canyon Rd west | | | | | 910 Pred. 39 | | Other 0 % |

Neighborhood Description   The subject neighborhood is a mixed suburban area of average to good quality, condition and market appeal.  All required support and recreational facilities are reasonably proximate.  No unfavorable factors were noted.  Exposure time is estimated at 0-60 days and marketing time is estimated at 0-60 days.

Market Conditions (including support for the above conclusions)   Lending interest rates have increased during the late spring, early summer months along with steady sales volume causing flat to declining property values in some markets.  The market has a diversified economy, a large population/employment base, a mild year-round climate, and an ideal location in Southern California.

**SITE**

| | |
|---|---|
| Dimensions  See Usable Lot Exhibit; 6,031 Gross SF | Area 3,951 sf Usable   Shape Irregular   View Territorial |
| Specific Zoning Classification R1 | Zoning Description Single Family Residential |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes ☐ No   If No, describe No highest and best use analyzed, it is an extra-ordinary assumption of this report

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 06071C9330H   FEMA Map Date 8/28/2008
Are the utilities and off-site improvements typical for the market area?   ☒ Yes ☐ No   If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes ☒ No   If Yes, describe
None apparent.  I have not checked the land records for recorded easements, encroachments, and environmental conditions and have reported only the apparent easements, encroachments, and other apparent adverse conditions.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls Slab/good | | Floors Vinyl/good - Tile/avg | |
| # of Stories 2 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Stucco/good | | Walls Drywall/good-fair | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 0 sq.ft. | | Roof Surface Conc Tile/avg | | Trim/Finish Wood/good | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts Aluminum/avg | | Bath Floor Tile-Stone/good | |
| Design (Style) DT2; | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Single-Pane Alum/Avg | | Bath Wainscot Fbrgls/avg-Stone/good | |
| Year Built 1988 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | | Car Storage ☐ None | |
| Effective Age (Yrs) 30 | | ☐ Dampness ☐ Settlement | | Screens Yes/avg | | ☒ Driveway   # of Cars 6 | |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities ☐ Woodstove(s) 0 | | Driveway Surface Concrete | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other   Fuel Gas | | ☒ Fireplace(s) # 1 ☐ Fence Block | | ☒ Garage   # of Cars 2 | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☐ Patio/Deck None ☒ Porch Cov | | ☐ Carport   # of Cars | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☐ Pool/Spa ☒ Gated Dr | | ☒ Att. ☐ Det. ☐ Built-in | |
| Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☒ Other (describe) Hood | | | | | | | |

Finished area above grade contains:   8 Rooms   4 Bedrooms   2.1 Bath(s)   1,883 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.).   Standard energy efficient items for this market.  Notable features include ceiling fans, energy efficient appliances, dual pane windows, attic insulation.  The subject has a gated driveway.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   Overall, subject is in average-good condition with some deferred maintenance items noted,  (per the owner) original roof underlayment, pool leaks water & plaster needs repair/replacing, some apparent water damage & drywall cracks at ceiling in family room.  Adjustments for these items will be considered with our condition adjustments to the comparable sales.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes ☒ No   If Yes, describe
None apparent from our typical appraisal inspection.  The appraisers are not building inspectors and we recommend a qualified building inspector be hired if more detailed inspection is needed for other than appraisal purposes.  We reserve the right to amend our value opinion if any additional information is provided regarding the subject's physical condition that was not uncovered during our scope of work.
Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes ☐ No   If No, describe
The subject conforms well to the existing neighborhood with similar style, condition, use and construction quality.

Form 1004 - "TOTAL" appraisal software by a la mode, inc • 1-800-ALAMODE

Serial# 24C4A08F
esign.alamode.com/verify

## Uniform Residential Appraisal Report

BK 04/21/2025
File # 25-15402

| | | There are N/A comparable properties currently offered for sale in the subject neighborhood ranging in price from $ backdated to $ valuation | | | | |
|---|---|---|---|---|---|---|

There are 20 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 700,000 to $ 1,273,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 15402 Ficus St | 15410 Oak Grove Ct | | 15015 Aqueduct Ln | | 3226 Oakshire Ln | |
| | Chino Hills, CA 91709 | Chino Hills, CA 91709 | | Chino Hills, CA 91709 | | Chino Hills, CA 91709 | |
| Proximity to Subject | | 0.13 miles NE | | 0.92 miles NE | | 0.20 miles E | |
| Sale Price | $ | | $ 1,025,000 | | $ 895,000 | | $ 910,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 578.44 sq.ft. | | $ 453.85 sq.ft. | | $ 554.88 sq.ft. | |
| Data Source(s) | | CRMLS#TR25061785;DOM 6 | | CRMLS#WS24223636;DOM 60 | | CRMLS#IG25012005;DOM 3 | |
| Verification Source(s) | | Doc#2025-0088161 | | No Doc Selected | | Doc#2025-0036783 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | CrtOrd | | ArmLth | |
| Concessions | | Conv;0 | | Cash;0 | | Conv;5000 | -5,000 |
| Date of Sale/Time | | s04/25;c03/25 | -10,762 | s03/25;c01/25 | -3,849 | s02/25;c01/25 | -3,913 |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 3,951 sf Usable | 5500 sf | -15,490 | 4981 sf Usable | -10,300 | 6153 sf Uslope | -22,020 |
| View | Territorial | Territorial | | Territorial | | Res/Upslope | +30,000 |
| Design (Style) | DT2; | DT2; | | DT2; | | DT2; | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 37 | 39 | | 40 | | 39 | |
| Condition | Average-Good | Good | -30,000 | Average | +30,000 | Average-Good | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8 4 2.1 | 8 4 3.0 | -20,000 | 7 3 2.1 | | 7 3 2.1 | |
| Gross Living Area | 1,883 sq.ft. | 1,772 sq.ft. | +16,650 | 1,972 sq.ft. | -13,350 | 1,640 sq.ft. | +36,450 |
| Basement & Finished | 0 | 0 | | 0 | | | |
| Rooms Below Grade | 0 | 0 | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Typical | Typical | | Typical | | Solar Tax (11) | -5,500 |
| Garage/Carport | 2ga6dw | 2ga2dw | | 2ga2dw | | 2ga2dw | |
| Porch/Patio/Deck | Patio | Cov Patio | -5,000 | None | +5,000 | Cov Patio | -5,000 |
| Fireplaces | 1 Fireplace | None | | 1 Fireplace | | 1 Fireplace | |
| Pool/Spa | Pool/Spa | Pool/Spa | +30,000 | None | +30,000 | Pool/Spa | |
| Amenities | Gated Driveway | None | +5,000 | None | +5,000 | None | +5,000 |
| Net Adjustment (Total) | | ☐+ ☒- $ | -29,602 | ☒+ ☐- $ | 42,501 | ☐+ ☒- $ | 30,017 |
| Adjusted Sale Price | | Net Adj. 2.9 % | | Net Adj. 4.7 % | | Net Adj. 3.3 % | |
| of Comparables | | Gross Adj. 13.0 % $ | 995,398 | Gross Adj. 10.9 % $ | 937,501 | Gross Adj. 12.4 % $ | 940,017 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) MLS & Public Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) MLS & Public Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Black Knight | Black Knight | Black Knight | Black Knight |
| Effective Date of Data Source(s) | 07/04/2025 | 07/04/2025 | 07/04/2025 | 07/04/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales  After a check with CRMLS and public records, the subject does not appear to have been publicly listed or sold within the last 36 months.  The comparables do not have any prior transfers in the prior 12 months.

Summary of Sales Comparison Approach  All comps are verified closed sales in close proximity and would appeal to the same user group. After a thorough search of Realist.com and MLS, it was determined that these are the most similar and proximate comparables available at this time. The subject and comparables have no basements or finished rooms below grade.  Most weight in reaching our value by the Sales Comparison Approach is given to Comparables #1 & #3 due to their close proximity and overall similarity to the subject property and they required the least amount of adjustments accordingly.  Secondary weight is given to the remaining comparables in reaching our value indication from this approach.

Indicated Value by Sales Comparison Approach $ 950,000
Indicated Value by: Sales Comparison Approach $ 950,000  Cost Approach (if developed) $  Income Approach (if developed) $
The sales comparison approach is considered the most reliable indicator of value as it best reflects the actions of buyers and sellers in the marketplace. The cost approach is not utilized as it is diminished by trying to estimate depreciation figures and the deferred maintenance items at the subject at the retrospective date of value. The income approach is not utilized due to lack of rental data.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 950,000 , as of 04/21/2025 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005    Page 2 of 6    Fannie Mae Form 1004 March 2005

Form 1004 — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Serial# 24C4A08F
esign.alamode.com/verify

## Uniform Residential Appraisal Report

BK 04/21/2025
File # 25-15402

See Addendum

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     The Cost Approach to value has not been considered herein.

| COST APPROACH | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ..................................... =$ | |
| Source of cost data | DWELLING            Sq.Ft. @ $ .......... =$ | |
| Quality rating from cost service        Effective date of cost data | Sq.Ft. @ $ .......... =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | .......... =$ | |
| | Garage/Carport         Sq.Ft. @ $ .......... =$ | |
| | Total Estimate of Cost-New .......... =$ | |
| | Less        Physical    Functional    External | |
| | Depreciation                                =$( ) | |
| | Depreciated Cost of Improvements ................ =$ | |
| | "As-is" Value of Site Improvements ............... =$ | |
| Estimated Remaining Economic Life (HUD and VA only)          Years | INDICATED VALUE BY COST APPROACH ............... =$ | |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| INCOME | |
|---|---|
| Estimated Monthly Market Rent $           X Gross Rent Multiplier         = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| | | | |
|---|---|---|---|
| Total number of phases | Total number of units | Total number of units sold | |
| Total number of units rented | Total number of units for sale | Data source(s) | |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005          Page 3 of 6          Fannie Mae Form 1004 March 2005

Serial# 24C4A08F
esign.alamode.com/verify

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

BK 04/21/2025
File # 25-15402

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**   The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Serial# 24C4A08F
esign.alamode.com/verify

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

BK 04/21/2025
File # 25-15402

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Serial# 24C4A08F
esign.alamode.com/verify

Form 1004 – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

# Uniform Residential Appraisal Report

BK 04/21/2025
File # 25-15402

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

esignal.alamode.com/verify    Serial# 24C4A08F

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Paul March | Name |
| Company Name  PM Realty Advisors | Company Name |
| Company Address  668 N Coast Hwy STE 1201, Laguna Beach, CA 92651 | Company Address |
| Telephone Number  (714) 429-0023 | Telephone Number |
| Email Address  paulmarchi@sbcglobal.net | Email Address |
| Date of Signature and Report  07/18/2025 | Date of Signature |
| Effective Date of Appraisal  04/21/2025 | State Certification # |
| State Certification #  AG009572 | or State License # |
| or State License # | State |
| or Other (describe)          State # | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License  07/24/2026 | **SUBJECT PROPERTY** |

**ADDRESS OF PROPERTY APPRAISED**
15402 Ficus St
Chino Hills, CA 91709
APPRAISED VALUE OF SUBJECT PROPERTY $          950,000

**LENDER/CLIENT**
Name  Richard Heston
Company Name  Heston & Heston, Attorneys at Law
Company Address  19700 Fairchild Rd STE 200, Irvine, CA 92612

Email Address  rheston@hestonlaw.com

**SUBJECT PROPERTY**
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

**COMPARABLE SALES**
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Serial# 24C4A08F
esign.alamode.com/verify

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

BK 04/21/2025
File # 25-15402

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 15402 Ficus St | 3534 Palisade St | | 3259 Armsley Dr | | | |
| | Chino Hills, CA 91709 | Chino Hills, CA 91709 | | Chino Hills, CA 91709 | | | |
| Proximity to Subject | | 0.73 miles NE | | 0.71 miles SE | | | |
| Sale Price | $ | $ 880,000 | | $ 868,000 | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 458.33 sq.ft. | | $ 501.73 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | CRMLS#WS25010528;DOM 5 | | CRMLS#IG24203770;DOM 102 | | | |
| Verification Source(s) | | No Doc Selected | | No Doc Selected | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Arm.Lth | | Arm.Lth | | | |
| Concessions | | Cash2Ln;0 | | Conv;1000 | -1,000 | | |
| Date of Sale/Time | | s03/25;c01/25 | -3,784 | s02/25;c01/25 | -3,732 | | |
| Location | Residential | Residential | | Residential | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 3,951 sf Usable | 3300 sf | | 3168 sf | | | |
| View | Territorial | Residential | +30,000 | Territorial | | | |
| Design (Style) | DT2, | DT2;HOA $185 | +17,440 | DT2;HOA $157 | +14,800 | | |
| Quality of Construction | Good | Good | | Good | | | |
| Actual Age | 37 | 47 | | 37 | | | |
| Condition | Average-Good | Good | -30,000 | Good | -30,000 | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8 4 2.1 | 7 3 2.1 | | 8 4 2.1 | | | |
| Gross Living Area | 1,883 sq.ft. | 1,920 sq.ft. | | 1,730 sq.ft. | +22,950 | sq.ft. | |
| Basement & Finished | 0 | 0 | | 0 | | | |
| Rooms Below Grade | 0 | 0 | | 0 | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | | |
| Energy Efficient Items | Typical | Solar Paid (21) | -21,000 | Typical | | | |
| Garage/Carport | 2ga6dw | 2ga2dw | | 2ga2dw | | | |
| Porch/Patio/Deck | Patio | Lrg Cov Patio | -10,000 | Cov Patio | -5,000 | | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 2 Fireplaces | -15,000 | | |
| Pool/Spa | Pool/Spa | None | +30,000 | None | +30,000 | | |
| Amenities | Gated Driveway | None | +5,000 | None | +5,000 | | |
| Net Adjustment (Total) | | ☒ + ☐ - $ 17,656 | | ☒ + ☐ - $ 18,018 | | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net Adj 2.0 % | | Net Adj 2.1 % | | Net Adj % | |
| of Comparables | | Gross Adj 16.7 % $ 897,656 | | Gross Adj 14.7 % $ 886,018 | | Gross Adj % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Black Knight | Black Knight | Black Knight | |
| Effective Date of Data Source(s) | 07/04/2025 | 07/04/2025 | 07/04/2025 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

Serial# 24C4A08F
esign.alamode.com/verify
Form 1004.(AC) – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

## General Text Addendum

File No. 25-15402

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 15402 Ficus St | | | | |
| City | Chino Hills | County | San Bernardino | State CA | Zip Code 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law | | | | |

**Special Assumptions**
This is a retrospective date of value appraisal so we have made a hypothetical assumption that the subject was in substantially the same condition on the date of value, April 21, 2025, as it was at the time of our current inspection on 07/05/2025.

**MARKET VALUE (or Fair Market Value):**
The highest price, estimated in terms of money, which would be paid by a willing buyer to a willing seller, allowing sufficient reasonable time to find a buyer, both buyer and seller acting without duress and both being fully advised as to the purposes to which the property can be best used. Market Value is estimated as of the date of valuation set forth in the appraisal.

The California Code of Civil Procedure, S1263.320, states: "(A) The fair market value of the property taken is the highest price on the date of valuation that would be agreed to by a seller, being willing to sell but under no particular or urgent necessity for so doing, nor obliged to sell, and a buyer, being ready, willing, and able to buy but under no particular necessity for so doing, each dealing with the other with full knowledge of all the uses and purposes for which the property is reasonably adaptable and available.

"(B) The fair market value of property taken for which there is no relevant market is its value on the date of valuation as determined by any method of valuation that is just and equitable."

**IRS FAIR MARKET VALUE (CFR 20.2031-1):**
Fair Market Value is defined as: "The fair market value is the price at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts. The fair market value of a particular item of property includable in the decedent's gross estate is not to be determined by a forced sale value. Nor is the fair market value of an item of property to be determined by the sale price of the item in a market other than in which such item is most commonly sold to the public, taking into account the location of the item wherever appropriate."

**Intended Use/Intended User**
The Appraiser is impartial and has no bias concerning this property or the client involved herein.  My engagement in this assignment was not contingent upon developing or reporting a development of a predetermined result.  This report is for asset evaluation purposes for the client referenced herein for use in a bankruptcy case and not intended for use by any other party or for any other purpose.

**Appraisal Limiting Liability Statement**
The appraiser has been engaged to form an appraisal opinion of value   If subsequent development or disagreements should arise, users of this appraisal report agree that the appraiser may not be held liable for damages in excess of  the amount he was paid for doing the appraisal.  Acceptance of, and/or use of, this appraisal report constitutes acceptance of the above conditions.

**Prior Appraisal Disclosure**
In the past three years I have not appraised the subject of this report.

**Scope of the Appraisal and Selected Valuation Methodology**
This appraisal was based upon a physical inspection and analysis of the property, its general and immediate market areas, and similar competing properties.  All of the reasonably available data information sources were used, including public records, information provided by the client and/or property owner, local management and real estate agents, Realist.com online data, and the local Multiple Listing Services (MLS).  Unless otherwise noted, all of the sale comparables details were confirmed with a second data source and an exterior inspection was made of all the comparable properties.

The subject contains a single family home on a similarly zoned site.  The only legal use for valuation is as a single family use. Standard appraisal methodology requires the consideration of three approaches to value: the Cost Approach, the Market (Direct Sales Comparison) Approach, and the Income Approach.  Given the nature of the subject property and its assumed highest and best use, most  emphasis was given to the Market Approach to value.  The Cost and Income Approaches to value were considered inapplicable to the appraisal problem.

**Comments on Sales Comparison Approach**
The adjustments utilized were determined through paired sales analysis, conversations with brokers familiar with the subject's marketing area, office files, previous appraisals completed in the neighborhood, appraiser's working knowledge and experience.  The adjustments reflect the difference the typical buyer would pay for the added amenity.

The Comps usable lot sizes are considered based upon large slopes, odd shapes, or extended front lots/drives that are functionally super-adequate or practically unusable.  The subject has a long angled driveway that is due to its end of cul-de-sac location: therefore, the usable lot area for comparison to the comps is measured from the two parking spaces in the driveway in front of the garage to the rear fence which is approximately 3,951 SF.  See exhibit page with usable lot calculations attached.  Comp #2 has unusable slopes on three sides of the lot, where only 4,981 SF is flat usable lot area for comparison. Comp #3 has an extra long driveway like the subject so the estimated usable lot area is 6,153 SF.  Lot adjustments are based upon $10/SF of difference over $10,000.

The subject has a territorial view.  Adjustments for views are $30,000 for Comps #3 & #4 with inferior upslope hillside or purely residential views.

Comps #4 & #5 have HOA's with monthly dues which are considered inferior and less desirable to the subject and adjustments are made based upon a 10 years of HOA payments, discounted at 5.0% to a present value of the added payment liability.

Age and condition adjustments were computed together to allow the appraiser to account for actual age, effective age, renovations and remodeling.  Downward adjustments for superior, good condition of -$30,000 are made for Comps #1, #4, & #5 which are updated/renovated homes based upon details reported in the MLS and photographs in the listing details.  Comp #2 is inferior, average condition with older flooring, hard surfaces and finishes for which an +$30,000 upward adjustment is applied.

Bath adjustments are based upon $20,000 per 1/2 bath difference.

Serial# 24C4A08F
esign.alamode.com/verify

### General Text Addendum

File No. 25-15402

| Borrower | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15402 Ficus St | | | | | |
| City | Chino Hills | County | San Bernardino | State | CA | Zip Code 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law | | | | | |

Living area adjustments were based on $150 a SF over $10,000.

Comps #3 & #4 each have an existing solar system, owned systems are adjusted at -$1,000/panel, but leased systems/Hero tax are adjusted at -$500/panel considered an ongoing lease/tax payment obligation to the buyer.  Comp #3 has 11 Hero ongoing tax payment panels and Comp #4 has 21 owned panels, adjustments are -$5,500 and -$21,000, respectively.

Patio adjustments of $5,000 to $10,000 are applied to Comps based upon size and quality, considered compared to the open subject patio.

The subject has one fireplace and adjustments of $15,000 are applied per fireplace difference of the Comps.

Pool adjustments are -$30,000, and spa adjustments are -$10,000; totaling $40,000 - $10,000 for replastering needed at subject for $30,000 Pool/Spa adjustments.

The subject has a gated driveway entry and none of the Comps do so an across the board +$5,000 upward adjustment is applied for this added security feature.

Changes in Market Conditions - Value Trends
The Federal Reserve Economic Development (FRED) S&P CoreLogic Case-Shiller table below details the Home Price Index for Los Angeles, CA which shows the most recent April 2025 index of 444.7 showing a recent, two month decline in regional values.  When compared to our comparable sales dates: the change for Comp #1 from March 2025 is -1.05.% (index 449.4); the change for Comps #2- #5 from January 202 is -0.43% (index 438.8). We have applied these time adjustments to the sales analyzed herein.



Digital Signature Disclosure
This report has been electronically prepared in compliance with USPAP Guidelines which includes a secure digital signature and adequate security measures in place to protect the data produced by the Appraiser.

Serial# 24C4A08F
esign.alamode.com/verify

**Subject Photo Page**

| Borrower | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15402 Ficus St | | | | | |
| City | Chino Hills | County | San Bernardino | State | CA | Zip Code | 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law | | | | | |



**Subject Front**

| | |
|---|---|
| | 15402 Ficus St |
| Sales Price | |
| G.L.A. | 1,883 |
| Tot. Rooms | 8 |
| Tot. Bedrms | 4 |
| Tot. Bathrms | 2.1 |
| Location | Residential |
| View | Territorial |
| Site | 3,951 sf Usable |
| Quality | Good |
| Age | 37 |



**Subject Rear**



**Subject Street**



Serial# 24C4A08F
esign.alamode.com/verify

## Location Map

| Borrower | | | | |
|---|---|---|---|---|
| Property Address | 15402 Ficus St | | | |
| City | Chino Hills | County | San Bernardino | State CA | Zip Code 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law | | | |



### Comparable Photo Page

| | |
|---|---|
| Borrower | |
| Property Address | 15402 Ficus St |
| City | Chino Hills | County | San Bernardino | State | CA | Zip Code | 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law |



**Comparable 1**

15410 Oak Grove Ct
| Proximity | 0.13 miles NE |
|---|---|
| Sale Price | 1,025,000 |
| GLA | 1,772 |
| Total Rooms | 8 |
| Total Bedrms | 4 |
| Total Bathrms | 3.0 |
| Location | Residential |
| View | Territorial |
| Site | 5500 sf |
| Quality | Good |
| Age | 39 |





**Comparable 2**

15015 Aqueduct Ln
| Proximity | 0.92 miles NE |
|---|---|
| Sale Price | 895,000 |
| GLA | 1,972 |
| Total Rooms | 7 |
| Total Bedrms | 3 |
| Total Bathrms | 2.1 |
| Location | Residential |
| View | Territorial |
| Site | 4981 sf Usable |
| Quality | Good |
| Age | 40 |

MLS Photo due to
condition prior to
renovations.



**Comparable 3**

3226 Oakshire Ln
| Proximity | 0.20 miles E |
|---|---|
| Sale Price | 910,000 |
| GLA | 1,640 |
| Total Rooms | 7 |
| Total Bedrms | 3 |
| Total Bathrms | 2.1 |
| Location | Residential |
| View | Res/Upslope |
| Site | 6153 sf Usable |
| Quality | Good |
| Age | 39 |



Serial# 24C4A08F
esign.alamode.com/verify

### Comparable Photo Page

| | |
|---|---|
| Borrower | |
| Property Address | 15402 Ficus St |
| City | Chino Hills |
| County | San Bernardino | State | CA | Zip Code | 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law |



**Comparable 4**

3534 Palisade St

| | |
|---|---|
| Proximity | 0.73 miles NE |
| Sale Price | 880,000 |
| GLA | 1,920 |
| Total Rooms | 7 |
| Total Bedrms | 3 |
| Total Bathrms | 2.1 |
| Location | Residential |
| View | Residential |
| Site | 3300 sf |
| Quality | Good |
| Age | 47 |



**Comparable 5**

3259 Armsley Dr

| | |
|---|---|
| Proximity | 0.71 miles SE |
| Sale Price | 868,000 |
| GLA | 1,730 |
| Total Rooms | 8 |
| Total Bedrms | 4 |
| Total Bathrms | 2.1 |
| Location | Residential |
| View | Territorial |
| Site | 3168 sf |
| Quality | Good |
| Age | 37 |

**Comparable 6**

| | |
|---|---|
| Proximity | |
| Sale Price | |
| GLA | |
| Total Rooms | |
| Total Bedrms | |
| Total Bathrms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Usable Lot Estimates

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 15402 Ficus St | | | | |
| City | Chino Hills | County | San Bernardino | State CA | Zip Code 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law | | | | |



**Subject Usable Lot**



**Comp #2 Usable Lot**



**Comp #5 Usable Lot**

Form PIC3W - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 24C4A08F
esign.alamode.com/verify

**Building Sketch**

| Borrower | |
|---|---|
| Property Address | 15402 Ficus St |
| City | Chino Hills | County | San Bernardino | State | CA | Zip Code | 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law |



TOTAL Sketch by a la mode

**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 954.2 Sq ft | 23.7 × 13.1 | = 310.5 |
| | | 30.1 × 17.8 | = 535.8 |
| | | 5.4 × 14.5 | = 78.3 |
| | | 0.4 × 4.1 | = 1.6 |
| | | 3.5 × 2.9 | = 10.2 |
| | | 2.1 × 8.5 | = 17.8 |
| Second Floor | 928.6 Sq ft | 0.5 × 1.6 × 1.6 | = 1.2 |
| | | 0.5 × 1.6 × 1.6 | = 1.2 |
| | | 3.9 × 1.6 | = 6.1 |
| | | 13.1 × 3 | = 39.3 |
| | | 19.1 × 12.8 | = 244.6 |
| | | 10.6 × 8.3 | = 88.1 |
| | | 14 × 9.6 | = 134.5 |
| | | 18.3 × 14 | = 256.4 |
| | | 9.7 × 13.7 | = 132.9 |
| | | 0.5 × 6.3 × 4.6 | = 14.5 |
| | | Arc | = 9.7 |
| **Total Living Area (Rounded):** | **1883 Sq ft** | | |
| **Non-living Area** | | | |
| 2 Car Built-in | 447.8 Sq ft | 21 × 19.7 | = 413.7 |
| | | 3.3 × 5 | = 16.5 |
| | | 3 × 5 | = 15 |
| | | 0.4 × 6.5 | = 2.6 |

Form SKT.BLDSKI — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
Serial# 24C4A08F
esign.alamode.com/verify

**Plat Map**

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 15402 Ficus St | | | | |
| City | Chino Hills | County | San Bernardino | State | CA | Zip Code | 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law | | | | |



Serial# 24C4A08F
esign.alamode.com/verify

**Interior Photos**

| Borrower | |
|---|---|
| Property Address | 15402 Ficus St |
| City | Chino Hills |
| County | San Bernardino | State | CA | Zip Code | 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law |



Front View



Courtyard Entry



Courtyard



Living Room



Living Room & Entry Foyer



Dining



**Interior Photos**

| | |
|---|---|
| Borrower | |
| Property Address | 15402 Ficus St |
| City | Chino Hills |
| County | San Bernardino | State | CA | Zip Code | 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law |




Family Room

Water damage from upper main bath.
Ceiling in Family Room




Kitchen

Kitchen




Kitchen

Kitchen


Serial# 24CA08F
esign.alamode.com/verify

**Interior Photos**

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 15402 Ficus St | | | | |
| City | Chino Hills | County | San Bernardino | State | CA | Zip Code | 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law | | | | |



Kitchen



Rear View of Pool from Kitchen & Family Rm



Rear View & Pool/Spa



Pool/Spa & Patio



Spa



Spa Plaster needs repair/replacing



Serial# 24C4A08F
esign.alamode.com/verify

**Interior Photos**

| | | | | | |
|---|---|---|---|---|---|
| Borrower | | | | | |
| Property Address | 15402 Ficus St | | | | |
| City | Chino Hills | County | San Bernardino | State CA | Zip Code 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law | | | | |



**Pool/Spa Equipment**



**Side Yard**



**Side Yard**



**Nook**



**Lower 1/2 Bath**



**Garage**



Serial# 24C4A08F
esign.alamode.com/verify

**Interior Photos**

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 15402 Ficus St | | | | |
| City | Chino Hills | County San Bernardino | | State CA | Zip Code 91709 |
| Lender/Client | Heston & Heston, Attorneys at Law | | | | |



Laundry in Garage



HVAC (approx. 10 years old)



Bedroom 2



Bedroom 3



Bedroom 4



Upper Hall Shared Bath



## Interior Photos

| | |
|---|---|
| Borrower | |
| Property Address | 15402 Ficus St |
| City | Chino Hills |
| Lender/Client | Heston & Heston, Attorneys at Law |

County San Bernardino    State CA    Zip Code 91709



**Upper Hall Shared Bath**



**Main Bedroom**




**Main Bath w/Shower Over Tub
Separate Toilet Room**



**Upper Stair Landing**



**Crack in ceiling in Family Room**



**Driveway Looking Towards Street**



Serial# 24C4A08F
esign.alamode.com/verify

Appraisers License



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS
REAL ESTATE APPRAISER LICENSE

Paul G. Marchi

has successfully met the requirements for a license as a residential and commercial real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified General Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:    AG 009572

Effective Date:    July 25, 2024
Date Expires:    July 24, 2026

Angela Jemmott, Bureau Chief, BREA

3077513

# EXHIBIT "C"

REPRESENTATION OF PRINTED DOCUMENT

**FREEDOM MORTGAGE®**

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

(07)

## Mortgage Statement
Statement Date 07/18/25

### Contact Information

| | |
|---|---|
| Phone: | 855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

7-807-53195-0018393-001-000-010-000-000

ZAAL J HADDADIN
15402 FICUS ST
CHINO HILLS CA 91709-3849

| | |
|---|---|
| Loan Number | 0XXXXX1685 |
| Payment Date | 08/01/25 |
| **Payment Amount** | **$2,751.17** |

Property Address: 15402 FICUS ST
CHINO HILLS CA 91709

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only.
It is not an attempt to collect a debt against you.

**If you want to stop receiving statements, write to us at:**
Freedom Mortgage
P.O. Box 50485
Indianapolis, IN 46250-0485

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $969.26 |
| Interest | $735.60 |
| Escrow/Impound (for Taxes and/or Insurance) | $944.51 |
| Regular Monthly Payment | $2,649.37 |
| Total Fees & Charges | $.00 |
| Overdue Payment | $.00 |
| Unpaid Late Charges | $101.80 |
| Other/Optional Products | $.00 |
| **Total Payment Amount** | **$2,751.17** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $271,607.96 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.250% |
| Prepayment Penalty | No |

### Transaction Activity (07/08/25 - 07/18/25)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accrued Late Charge | 03/16/25 | 00/00/00 | 03/16/25 | $101.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment Reversal | 07/08/25 | 07/01/25 | 07/01/25 | -$4,651.00 | $0.00 | $0.00 | -$4,651.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 07/08/25 | 07/01/25 | 07/01/25 | $4,651.00 | $0.00 | $0.00 | $4,651.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 07/16/25 | 07/01/25 | 07/16/25 | $24.36 | $0.00 | $0.00 | $24.36 | $0.00 | $0.00 | $0.00 | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $24.36 | $24.36 |
| Fees | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$24.36** | **$24.36** |

### **Account History**

Recent Account History
- Current payment  08/01/25 - $2,649.37
- Total $2,751.17 unpaid amount that, if paid, would bring your loan current.

If you are experiencing financial difficulties: See back for information about mortgage counseling or assistance.

### Important Messages

*Partial Payments: Any partial payment that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

Additional information is provided on the back of the statement.

- - - - - - - - - - - - - - - - - - - - - - - DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT - - - - - - - - - - - - - - -



LOAN NUMBER:  0XXXXX1685      ZAAL J HADDADIN



FREEDOM MORTGAGE
P.O. BOX 7230
PASADENA CA  91109-7230

### Payment Amount

| | |
|---|---|
| **Payment Date:** | **08/01/25** |
| **Payment Amount:** | **$2,751.17** |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| **Total Amount Enclosed $** | . |

To change mailing address and/or contact information, check here and complete form on back.

Internet Reprint

Page 1 of 2



Return Mail Operations
PO Box 10378
Des Moines, IA 50306-0378

### Wells Fargo Home Equity Line of Credit Statement

| | |
|---|---|
| Statement date | 07/07/2025 |
| Account number | 0274XXXXXX1998 |
| Payment date | 08/01/2025 |
| **Total payment amount** | **$690.40** |
| Principal balance* | $151,865.19 |
| End of draw date | 06/13/2022 |
| Maturity date | 04/01/2052 |
| Property Address | 15402 FICUS STREET |
| | CHINO HILLS, CA |

**If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

0020558    01 AB 0.59 **AUTO  T9 0 1429-91709-384902   -C02-P20578-I1

ZAAL HADDADIN
15402 FICUS ST
CHINO HILLS, CA 91709-3849

**Customer Service**

 Telephone*
1-877-891-0002
*We accept telecommunications relay service calls.

 Hours of operation
Mon thru Fri 8 am to 8 pm ET

 Correspondence
PO Box 10335
Des Moines, IA 50306

 Payments
By mail
PO Box 51172
Los Angeles, CA 90051-5472

Overnight mail
Lockbox Services - #77021
3440 Flair Drive
El Monte, CA 91731



### Payment summary

| | |
|---|---|
| Principal | $302.94 |
| Finance charge | $387.46 |
| Current payment | $690.40 |
| **Total payment amount for 08/01/2025** | **$690.40** |

### Activity summary

| | |
|---|---|
| Approved credit limit (+) | $165,000.00 |
| Credit in use (-) | $164,202.96 |
| Available credit | $0.00 |
| Beginning balance* | $164,893.36 |
| Ending balance* | $164,590.42 |

* These balances may include unpaid finance charges and other unpaid fees and charges. Please contact Customer Service for payoff amount.

### Balance summary

| | |
|---|---|
| Principal | $151,865.19 |
| Forborne principal | $1,114.03 |
| Finance charges | $387.46 |
| Deferred balances | $11,223.74 |

 Contact Customer Service for your payoff amount

Account is restricted; therefore, the available credit is $0.

Credit in use includes outstanding principal and when applicable, deferred balances, forborne principal, and amounts the bank has advanced on your behalf for taxes and/or insurance.

### Year-to-date payment summary

| | All balances |
|---|---|
| Total received | $4,832.80 |
| Principal | $2,161.89 |
| Finance charges* | $2,670.91 |

*This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.


Total owed
$ 164,590.42

### Understanding your account

If, at any time, you want to stop receiving informational statements, please write to us at the correspondence address listed on the statement.

Prior to the bankruptcy filing, we agreed to defer part of the account balance to create a lower monthly payment. The forborne principal balance shown in the amount of $1,114.03, will be added to the payoff amount.

At your request, we agreed to defer one or more payments. The "Deferred balances" amount of $11,223.74 is due in full on the earliest of the date that the interest-bearing principal balance is paid in full; the property is sold; or the maturity date, unless otherwise ordered by the bankruptcy court.

1429-02-02-0020558-0001-0041770

continued on next page

**Wells Fargo Home Equity Line of Credit Statement**
ZAAL HADDADIN
Account number 682-1100-31998

## Activity since your last statement

| Effective Date | Description | Total | Principal | Finance charges | Other charges and fees | For your reference | Principal balance |
|---|---|---|---|---|---|---|---|
| 06/07/2025 | Beginning principal balance | | | | | | $152,179.69 |
| 06/27/2025 | PAYMENT RECEIVED - THANK YOU | -$690.40 | -$314.50 | -$375.90 | | | $151,865.19 |
| 07/07/2025 | PERIODIC FINANCE/INTEREST CHARGE | $387.46 | | $387.46 | | | $151,865.19 |
| 07/07/2025 | Ending principal balance | | | | | | $151,865.19 |

## Finance charges (standard rate finance charge detail)

Forborne principal of $1,114.03 was not included in the calculation of finance charges.

Your rate may vary according to the terms of your agreement. You may pay your balance(s) in full at any time. See back of statement for important information about your account.

### Effective from 06/07/2025 to 07/07/2025

| | Forborne Principal |
|---|---|
| Number of days | 31 |
| Corresponding annual percentage rate (APR) | 0.00000% |
| Daily periodic rate | .0000000% |

### Effective from 06/07/2025 to 07/07/2025

| | |
|---|---|
| Number of days | 31 |
| Corresponding annual percentage rate (APR) | 3.00000% |
| Daily periodic rate | .0082191% |

### Sum of finance charges for this statement period

| | |
|---|---|
| Forborne principal finance charge | $0.00 |
| Periodic finance charge | $387.46 |
| Sum of finance charges for statement period | $387.46 |

# EXHIBIT "D"

# ABSTRACT OF JUDGMENT

**RECORDING REQUESTED BY**
Alana B. Anaya
Anaya Law Group
2629 Townsgate Rd.,Ste. 140
Westlake Village, CA  91361
**WHEN RECORDED MAIL TO**
NAME Alana B. Anaya, SBN 195758

MAILING ANAYA LAW GROUP
ADDRESS 2629 Townsgate Rd., #140

CITY, STATE Westlake Village, Ca
ZIP CODE 91361



Recorded in Official Records
San Bernardino County
**Bob Dutton**
**Assessor-Recorder-County Clerk**

### DOC# 2022-0042106

| 02/01/2022 04:23 PM SAN | Titles: 1  Pages: 3 | |
|---|---|---|
| | Fees | $36.00 |
| | Taxes | $ 0.00 |
| B9246 | CA SB2 Fee | $75.00 |
| | Total | $111.00 |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# T I T L E(S)

ABSTRACT OF JUDGMENT

LS-201

10/27/2021 09:42 Anaya Law Fax (FAX)818 P.002/003

DOC #2022-0042106 Page 2 of 3

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to: 195758
Alana B. Anaya
Anaya Law Group
2629 Townsgate Road, Suite 140
Westlake Village, CA 91361
TEL NO: (805) 230-9222 FAX NO. *(optional)*: (805) 230-9221
E-MAIL ADDRESS *(Optional)*: alana@anayalawgroup.com

[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 W. THIRD ST.
MAILING ADDRESS:
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME:

PLAINTIFF: LOS ANGELES FEDERAL CREDIT UNION
DEFENDANT: ZAAL JOHN HADDADIN

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS** [ ] Amended

FOR RECORDER'S USE ONLY

CASE NUMBER:
CIVSB2024680

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────────┐
      │ ZAAL JOHN HADDADIN              │
      │ 15402 FICUS ST.                │
      │ CHINO HILLS, CA 91709-3849     │
      └─────────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: 6683 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   LOS ANGELES FEDERAL CREDIT UNION
   C/O ANAYA LAW GROUP, 2629 TOWNSGATE RD.
   #140, WESTLAKE VILLAGE, CA 91361

Date: 5/21/21

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 32,738.48
7. All judgment creditors and debtors are listed in this abstract.
8. a. Judgment entered on *(date)*: 4/26/21
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date)*:
JAN 0 6 2021

Clerk, by _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

CEB
ceb.com

Essential Forms

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

LAFCU

DOC #2022-0042106 Page 3 of 3

PLAINTIFF: LOS ANGELES FEDERAL CREDIT UNION

DEFENDANT: ZAAL JOHN HADDADIN

COURT CASE NO:
CIVSB2024680

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.             Name and last known address

17.             Name and last known address

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:           ☐ Unknown
                                                ☐ Unknown

Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:           ☐ Unknown
                                                ☐ Unknown

Summons was personally served at or mailed to (address):

18.             Name and last known address

19.             Name and last known address

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:           ☐ Unknown
                                                ☐ Unknown

Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:           ☐ Unknown
                                                ☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev July 1, 2014]

CEB | Essential
ceb.com | Forms

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

LAFCU

Page 2 of 2

# EXHIBIT "G"

# LEGAL DESCRIPTION

## EXHIBIT A

### LEGAL DESCRIPTION

Real property in the City of CHINO HILLS, County of SAN BERNARDINO, State of CALIFORNIA, described as follows:

LOT 16, TRACT NO. 13313-2, IN THE CITY OF CHINO HILLS, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 200 OF MAPS, PAGES 1 THROUGH 8, INCLUSIVE, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, MINERALS, HYDROCARBONS, ETC., RIGHT LYING MORE THAN 500 FEET BELOW THE SURFACE, WITHOUT SURFACE ENTRY, AS RESERVED IN THE DEED RECORDED MARCH 31, 1980, AS INSTRUMENT NOS. 80-078005, 80-078008, 80-078009 AND 80-078010, ALL OF OFFICIAL RECORDS.

APN: 1031-401-44-0-000

Order No.:  **54803-1036939-10**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

19700 Fairchild Road, Suite 280, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C § 522(f) (Real Property)** will be served  was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/31/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Karen L Belair**    kbelair@zwickerpc.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Robert Whitmore (TR)**    rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*)  7/31/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Magdalena Reyes Bourdeaux
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 365/ Courtroom 303
Riverside, CA 92501-3819

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (**state method for each person or entity served**):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/31/2025 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**

## CONTINUED SERVICE LIST

Freedom Mortgage
PO Box 72030
Pasadena, CA 91109-7323

Wells Fargo Mortgage
Attn: Written Correspondence Dept
PO Box 10335
Des Moines, IA 50306

Department of Housing & Urban Development
451 Seventh Street SW
Washington, DC 20410

Los Angeles Federal Credit Union
c/o Anaya Law Group
2629 Townsgare Rd., #140
Westlake Village, CA 91361

Tesoro Refining & Marketing
c/o Miller, Nash, Graham & Dunn LLP
340 Golden Shore, Suite 450
Long Beach, CA 90802

American Express National Bank
Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998

Scott Davidon Dyle, Esq.
American Express Legal
199 S. Los Robles Avenue, Suite 540
Pasadena, CA 91101-4680

## Certified Mail

**9589 0710 5270 2828 6824 41**
CT Corporation System, Service Agent for
American Express
330 N. Brand Blvd.
Glendale, CA 91203

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

**9589 0710 5270 2828 6824 58**
CT Corporation System, Service agent for
Tesoro Refining & Marketing Company, LLC
330 N. Brand Blvd.
Glendale, CA 91203

**9589 0710 5270 2828 6824 65**
CT Corporation System, Service agent for
Freedom Mortgage Corporation
330 N. Brand Blvd.
Glendale, CA 91203

**9589 0710 5270 2828 6824 72**
CSC-Lawyers Incorporating Services, service agent for
Wells Fargo Bank, National Association
2710 Gateway Oaks Drive
Sacramento, CA 95833

**9589 0710 5270 2828 6824 89**
U.S. Department of HUD
Attn: Office of Reginal Counsel
1 Sansome Street, Suite 1200
San Francisco, CA 94104-1300

**9589 0710 5270 2828 6824 96**
Los Angeles Federal Credit Union
Attn: Anthony Cuevas, CEO/Manager
300 S. Glendale Avenue
Glendale, CA 91205-5305

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

7/28/25, 4:46 PM                                    Search | California Secretary of State

**California**
*Secretary of State*

Business    UCC

Login

Home

Search

Forms

Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

### Basic Search

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

### Advanced Search

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business

## AMERICAN EXPRESS COMPANY (492514)

| | Certificate |
|---|---|
| Initial Filing Date | 06/15/1965 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | NEW YORK |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 200 VESEY STREET NEW YORK, NY 10285 |
| Mailing Address | 200 VESEY STREET NEW YORK,NY10285 |
| Statement of Info Due Date | 06/30/2026 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA |
| | GLADYS AGUILERA 330 N BRAND BLVD, GLENDALE, CA |
| | VIVIAN IMPERIAL 330 N BRAND BLVD, GLENDALE, CA |
| | CARLOS PAZ 330 N BRAND BLVD, GLENDALE, CA |
| | ALBERTO DAMONTE 330 N BRAND BLVD, GLENDALE, CA |

7/28/25, 4:29 PM                                    Scott Davidson Dyle # 300917 - Attorney Licensee Search

 The State Bar *of California*

Scott Davidson Dyle #300917
License Status: Active

Address: American Express Legal, 199 S Los Robles Ave, Ste 540, Pasadena, CA 91101-4680
Phone: 626-660-0001  |  Fax: Not Available
Email: **scott.d.dyle@aexp.com**  |  Website: Not Available

## More about This Attorney ▾

The table below shows an attorney's license status changes, disciplinary actions, and administrative actions. Some administrative suspensions are subject to automatic removal from the attorney profile page pursuant to the State Bar's **policy on removal of administrative actions**. Administrative suspensions are non-disciplinary actions resulting from noncompliance with administrative requirements, such as the requirement to pay licensing fees or comply with Minimum Continuing Legal Education. Administrative suspensions that meet the criteria in the State Bar's policy on removal of administrative actions would not be displayed below.

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/5/2014 | Admitted to the State Bar of California | | |

**Additional Information:**

- **About the disciplinary system**

Copyright © 2025 The State Bar of California

  

7/29/25, 10:53 AM

Search | California Secretary of State

**California**
Secretary of State

Business          UCC                                                    Login


Request
Certificate

# Business Search

**TESORO REFINING & MARKETING
COMPANY LLC (201300410136)**

Home

Search

Forms

Help

▼ The California Business Search
provides access to available
information for **corporations**,
**limited liability companies** and
**limited partnerships** of record with
the California Secretary of State,
with **free PDF copies** of over 17
million imaged business entity
documents, including the most
recent imaged Statements of
Information filed for Corporations
and Limited Liability Companies.

Currently, information for Limited
Liability Partnerships (e.g. law firms,
architecture firms, engineering
firms, public accountancy firms, and
land survey firms), General
Partnerships, and other entity types
are **not contained** in the California
Business Search. If you wish to
obtain information about LLPs and
GPs, submit a Business Entities
Order paper form to request copies
of filings for these entity types. Note:
This search is not intended to serve
as a name reservation search. To
reserve an entity name, select Forms
on the left panel and select Entity
Name Reservation ? Corporation,
LLC, LP.

### Basic Search

A Basic search can be performed
using an entity name or entity
number. When conducting a
search by an entity number,
where applicable, **remove "C"**
from the entity number. Note, **a
basic search** will search **only
ACTIVE entities** (Corporations,
Limited Liability Companies,
Limited Partnerships,
Cooperatives, Name
Reservations, Foreign Name
Reservations, Unincorporated
Common Interest Developments,
and Out of State Associations).
The basic search performs a

| | |
|---|---|
| Initial Filing Date | **01/02/2013** |
| Status | **Active** |
| Standing - SOS | **Good** |
| Standing - FTB | **Good** |
| Standing - Agent | **Good** |
| Standing - VCFCF | **Good** |
| Formed In | **DELAWARE** |
| Entity Type | **Limited Liability Company - Out of State** |
| Principal Address | **539 SOUTH MAIN STREET FINDLAY, OH 45840** |
| Mailing Address | **539 SOUTH MAIN STREET FINDLAY,OH45840** |
| Statement of Info Due Date | **01/31/2027** |
| Agent | **1505 Corporation C T CORPORATION SYSTEM** |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | **AMANDA GARCIA** 330 N BRAND BLVD, GLENDALE, CA |
| | **GABRIELA SANCHEZ** 330 N BRAND BLVD, GLENDALE, CA |
| | **DAISY MONTENEGRO** 330 N BRAND BLVD, GLENDALE, CA |
| | **BEATRICE CASAREZ-BARRIENTEZ** 330 N BRAND BLVD, GLENDALE, CA |
| | **JESSIE GASTELUM** 330 N BRAND BLVD, GLENDALE, CA |
| | **JOHN MONTIJO** 330 N BRAND BLVD, GLENDALE, CA |
| | **DIANA RUIZ** 330 N BRAND BLVD, GLENDALE, CA |
| | **SARAI MARIN** 330 N BRAND BLVD, GLENDALE, CA |
| | **EMANUEL JACOBO** 330 N BRAND BLVD, GLENDALE, CA |

7/29/25, 10:51 AM                                    Search | California Secretary of State

**California**
*Secretary of State*

Business            UCC                                                     [ Login ]

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

## Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, remove "C" from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

## Advanced Search

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

## FREEDOM MORTGAGE CORPORATION (1960364)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 01/16/1996 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | NEW JERSEY |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 951 YAMATO ROAD, SUITE 175 BOCA RATON, FL 33431 |
| Mailing Address | 951 YAMATO ROAD, SUITE 175 BOCA RATON,FL33431 |
| Statement of Info Due Date | 01/31/2026 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |
| | EMANUEL JACOBO 330 N BRAND BLVD, GLENDALE, CA |
| | GLADYS AGUILERA |

7/29/25, 10:52 AM    Search | California Secretary of State

## California
### Secretary of State

**Business**    **UCC**

[ Login ]

## Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

### Basic Search

A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

### Advanced Search

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Home

Search

Forms

Help

### WELLS FARGO BANK, NATIONAL ASSOCIATION (2649647)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 05/04/2004 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | United States |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 101 NORTH PHILLIPS AVENUE SIOUX FALLS, SD 57104 |
| Mailing Address | 101 NORTH PHILLIPS AVENUE SIOUX FALLS,SD57104 |
| Statement of Info Due Date | 05/31/2026 |
| Agent | 1505 Corporation CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | REBECCA VANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | ALEX JENKINS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | WENDY HARRIS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | MELISSA DEKOVEN 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |
| | CRYSTAL RODRIGUEZ 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA |
| | MADDIE BRIGHT 2710 GATEWAY OAKS DRIVE SUITE 150N, SACRAMENTO, CA |
| | JAE HALL 2710 GATEWAY OAKS DRIVE STE 150N, SACRAMENTO, CA |
| | AARON CANELES 2710 GATEWAY OAKS DRIVE STE 150N, SACRAMENTO, CA |

https://bizfileonline.sos.ca.gov/search/business

🇺🇸 An official website of the United States
Government    Here's how you know

Search



(/)

# U.S. Department of Housing and Urban Development

[Statutorily Or Congressionally Mandated Information (/stat)](/stat)
/ Service of Process on HUD

# Service of Process on HUD

Service of civil process on HUD, a HUD officer or employee sued in an official capacity, or the United States in an action involving HUD, must comply with all applicable rules, including the Federal Rules of Civil Procedure. Nothing herein modifies or waives HUD's rights under those rules.

1. **For judicial proceedings involving a property in which HUD or the Federal Housing Administration ("FHA") has an interest** (including, but not limited to, single-family foreclosures, sheriff's sales, bankruptcy actions, actions in

**EN**

Website Feedback

| Region VII | Iowa Kansas Missouri Nebraska | U.S. Department of HUD Attn: Office of Regional Counsel 400 State Avenue Room 200 Kansas City, KS 66101-2406 |
| Region VIII | Colorado Montana North Dakota South Dakota Utah Wyoming | U.S. Department of HUD Attn: Office of Regional Counsel 1670 Broadway 25th Floor Denver, CO 80202-4801 |
| Region IX | Arizona California Hawaii Nevada | U.S. Department of HUD Attn: Office of Regional Counsel 1 Sansome Street Suite 1200 San Francisco, CA 94104-1300 |

EN

Website Feedback

# Credit Union Details

 PRINT

| | |
|---|---|
| **CREDIT UNION NAME:** | LOS ANGELES |
| **CHARTER NUMBER:** | 1207 |
| **CREDIT UNION TYPE:** | FCU |
| **CREDIT UNION STATUS:** | Active |
| **CORPORATE CREDIT UNION:** | No |
| **CREDIT UNION CHARTER YEAR:** | 1936 |
| **CURRENT CHARTER ISSUE DATE:** | 03/31/1936 |
| **DATE INSURED:** | 01/04/1971 |
| **CHARTER STATE:** | Unknown |
| **REGION:** | 3 - Western |
| **FIELD OF MEMBERSHIP TYPE:** | Multiple common bond - primarily federal, state, local government |
| **LOW INCOME DESIGNATION:** | Yes |
| **MEMBER OF FHLB:** | Yes |
| **ASSETS:** | $1,273,485,953 |
| **PEER GROUP:** | 6 - $500,000,000 and greater |
| **NUMBER OF MEMBERS:** | 75,502 |

## Main Office

| | |
|---|---|
| **ADDRESS:** | 300 S Glendale Ave |
| **CITY, STATE ZIP CODE:** | Glendale, CA 91205-5305 |

**COUNTRY:**      United States

**COUNTY:**      Los Angeles

**PHONE:**      818.242.8640

**WEBSITE:**      http://www.lafcu.org

**CEO/MANAGER:**      Anthony Cuevas