FormCACB (hrgcnt – van221mz)
(v. 12/2021)

# United States Bankruptcy Court
# Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## NOTICE OF RESCHEDULED/CONTINUED HEARING

**DEBTOR(S) INFORMATION:**
Zaal John Haddadin

**BANKRUPTCY NO.** 6:25–bk–12517–RB
**CHAPTER** 7

**SSN:** xxx–xx–6683
**EIN:** N/A

15402 Ficus St
Chino Hills, CA 91709

**NOTICE IS HEREBY GIVEN** that the hearing regarding: Motion to Avoid Lien Judicial Lien with Tesoro Refining & Marketing Company LLC.

Is hereby rescheduled/continued.

**Current hearing date:**
    **Date:** October 7, 2025
    **Time:** 11:00 AM
    **Hearing Judge:** Magdalena Reyes Bordeaux

**New hearing date:**
    **Date:** **October 14, 2025**
    **Time:** **11:00 AM**
    **Hearing Judge:** **Magdalena Reyes Bordeaux**

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

    **Videoconference URL:** https://cacb.zoomgov.com/s/1617286588
    **Meeting ID:** 161 728 6588
    **Password:** 3032025

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

    **Audioconference Tel. No.:** 1 (669) 254 5252 or 1 (646) 828 7666
    **Meeting ID:** 161 728 6588
    **Password:** 3032025

Dated: September 22, 2025

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court